IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JANICE WALKER                                                                                      PLAINTIFF

VS.                                               CASE NO. 07-CV-4118

PATRICIA K. PICKERING                                                              DEFENDANT

## ORDER

    Before the Court is a Motion to Dismiss filed on behalf of Defendant Patricia K. Pickering. (Doc. No. 7). Upon consideration, the Court finds that the motion should be and hereby is **granted**. According, the above styled and numbered cause of action should be and hereby is dismissed without prejudice.

    IT IS SO ORDERED, this 8th day of October, 2008.

                                                 /s/Harry F. Barnes
                                                 Hon. Harry F. Barnes
                                                 United States District Judge